April 22, 1971.

M. P. No. 1366. DANIEL H. MARZILLI *v.* SUPERIOR COURT. Order of March 25, 1971 admitting petitioner to bail on indictments 70-112 and 70-113 and retaining jurisdiction in Supreme Court as to petitioner's recognizance is amended to vest such jurisdiction in Superior Court in the event petitioner should be convicted on either or both indictments. Roberts, C.J., and Paolino, J., not participating. *Dennis J. Roberts II, Carmine A. Rao, Harold I. Kessler,* for petitioner. *Richard J. Israel,* Attorney General, *Robert L. DeCosta,* Special Asst. Attorney General, for respondent.

April 27, 1971.

M. P. No. 1385. ALBERT F. SMILEY *v.* TOWN COUNCIL OF NORTH KINGSTOWN. Petition for writ of certiorari denied for failure to file a memorandum in support in accordance with rules of court. Joslin, J., did not participate. *Tillinghast, Collins & Graham, Edward F. Regan,* for petitioner. *Richard B. Carpenter,* Town Solicitor of North Kingstown, for respondent.

EX. No. 1237. GARY HYSLOP *v.* FRANCIS HOWARD. Motion of petitioner to dismiss appeal of State is granted. *Toro and Crouchley, Eugene F. Toro,* for petitioner. *Richard J. Israel,* Attorney General, *Albert E. DeRobbio,* Asst. Attorney General, for respondent.

APPEAL No. 1083. STELLA GIORDIANO *v.* UNIROYAL, INC. Motion of petitioner to adjudge respondent in contempt is denied without prejudice. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for petitioner. *Ambrose W. Carroll,* for respondent.

APPEAL No. 1352. TOWN OF LINCOLN *v.* ARTHUR COURNOYER. Motion of appellant that truth of transcript, papers, pleadings and exhibits be established is granted. *Harry W. Asquith,* Town Solicitor of Lincoln, for appellee. *Aram K. Berberian,* for appellant.